SOLOMON TOWNSEND *vs.* WILLIAM M. BONWILL and WILLIAM H. McBRIDE.

In replevin, on a distress for rent arrear at a share rent, a witness who examined the crop to form an opinion as to quantity, may give that opinion in evidence.

REPLEVIN on a taking as a distress for rent. Plea, riens in arrear. The renting was for two-fifths the corn, and the sole question was, whether the full amount had been delivered. A witness who had examined the field for that purpose, was asked to give an estimate of the amount of corn raised; and this testimony was objected to.

*The Court* permitted it to go to the jury.

The plaintiff had a verdict.

*Smithers*, for plaintiff.

*Comegys*, for defendant.